**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00175-CV**

_____

**MANDY ROBERTSON AND SCOTT ROBERTSON, Appellants**

**V.**

**MEMBERSOURCE FEDERAL CREDIT UNION, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 21-32149**

**MEMORANDUM OPINION**

Mandy Robertson and Scott Robertson, appellants, and Membersource Federal Credit Union, appellee, filed a joint motion to dismiss this appeal. In the motion, the parties represent they have settled the dispute and the matter is moot. The parties also filed the motion before the Court decided the appeal. *See* Tex. R. App. P. 42.1.

1

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

Submitted on September 8, 2021
Opinion Delivered September 9, 2021

Before Kreger, Horton and Johnson, JJ.